NO. 14-15-00322-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TX
04/20/15
CHRISTOPHER A. PRINE,
CLERK

# IN THE COURT OF APPEALS
## FOR THE FOURTEENTH DISTRICT OF TEXAS
### AT HOUSTON, TEXAS

## GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS
## WALLER COUNTY JUDGE

*Appellant*

## V.

## CITY OF HEMPSTEAD, TEXAS AND
## CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD

*Appellees*

## On Appeal from the 506TH Judicial District Court of Waller County, Texas
## Honorable Terry Flenniken, Presiding

### NOTICE OF APPEARANCE OF APPELLATE COUNSEL
### FOR APPELLEE, CITY OF HEMPSTEAD, TEXAS

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to the Texas Rules of Appellate Procedure 6.2, Appellee CITY OF HEMPSTEAD, TEXAS, gives notice that Eric C. Farrar, State Bar No. 24036549, will serve as appellate counsel in the above captioned cause. Please send all communications related to this matter to Mr. Farrar's attention at Wortham Tower, Suite 600, 2727 Allen Parkway, Houston, Texas 77019, efarrar@olsonllp.com.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By:  /s/ Eric C. Farrar
    Eric C. Farrar
    State Bar No. 24036549
    efarrar@olsonllp.com
    Wortham Tower, Suite 600
    2727 Allen Parkway
    Houston, Texas  77019
    Telephone:  (713) 533-3800
    Facsimile:   (713) 533-3888

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015 a true and correct copy of the foregoing

Notice of Appearance of Appellate Counsel for Appellee was served via:

David A. Carp
Herzog & Carp
427 Mason Park Boulevard
Katy, Texas 77450
Facsimile (713) 781-4797

**Attorney for Appellant**

Ms. Carol Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445
Facsimile (979) 826-6637
E-Mail: carol.chaney@thechaneyfirm.net

**Attorneys for Citizens
Against the Landfill in Hempstead**

Mr. Brent W. Ryan
McElroy, Sullivan, Miller,
Weber & Olmstead, L.L.P.
P.O. Box 12127
Austin, Texas 78711
Facsimile (512) 327-6566
E-Mail: bryan@msmtx.com

**Attorney for Pintail Landfill, LLC**

Ms. V. Blayre Pena
Hance Scarborough, LLP
400 W. 15th Street, Suite 950
Austin, Texas 78701
Facsimile (512) 482-6891
E-Mail: bpena@hslawmail.com

**Attorneys for Citizens
Against the Landfill in Hempstead**

Elton R. Mathis, Jr.
Waller County Criminal District Attorney
Ruhee G. Leonard
Assistant Criminal District Attorney
645 12th Street
Hempstead, Texas 77445
Facsimile: (979) 826-7722

**Attorney for Waller County,
Texas**

/s/ Eric C. Farrar
Eric C. Farrar